Bonita Ruiz BONNER, Plaintiff—
Appellant,

v.

LAS VEGAS TROPICANA, et
al., Defendant—Appellee.

No. 01–16923.

D.C. No. CV–97–01643–RLH.

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 10, 2002.*

Decided Oct. 24, 2002.

Before D.W. NELSON, HAWKINS,
and WARDLAW, Circuit Judges.

MEMORANDUM **

Appellant Bonita Ruiz Bonner appeals
the judgment of the district court in a
negligence action against the Las Vegas
Tropicana Hotel and Casino ("Tropicana"),
after a jury returned a verdict in favor of
Tropicana. We have jurisdiction pursuant
to 28 U.S.C. § 1291. We affirm in part
and reverse in part.

Evidentiary rulings by the district court
are reviewed for an abuse of discretion.
*B.K.B. v. Maui Police Dep't*, 276 F.3d
1091, 1103 (9th Cir.2002). In the present
case, the district court did not abuse its
discretion in making its evidentiary rul-
ings. Specifically, the photographs that
were excluded by the district court were
not of the specific area where Appellant

allegedly sustained her injuries. Hence,
the district court did not abuse its discre-
tion in excluding them. Furthermore, af-
ter reviewing the record, there are no
grounds for concluding that the district
court abused its discretion in excluding
Appellant's W–2 forms or Appellant's re-
buttal testimony.

Whether a jury instruction misstates the
law is reviewed de novo. *Beachy v. Boise
Cascade Corp.*, 191 F.3d 1010, 1012 (9th
Cir.1999). In this case, we find that the
district court did not incorrectly instruct
the jury on Nevada law. The district
court's jury instructions were correct and
no grounds exist for finding them inade-
quate or misleading. *See Gunlock v. New
Frontier Hotel Corp.*, 78 Nev. 182, 370
P.2d 682, 684 (Nev.1962); *Moody v. Man-
ny's Auto Repair*, 110 Nev. 320, 871 P.2d
935, 943 (Nev.1994).

The district judge's conduct in this case
was neither prejudicial nor improper. The
district court's comments about the evi-
dence were made in order to explain and
clarify its evidentiary rulings. Moreover,
the district court did not abuse its discre-
tion in permitting Tropicana's counsel to
voice his objections in the presence of the
jury. Having reviewed the full record in
this case, we cannot identify any conduct
or incident that was sufficiently prejudicial
to warrant a new trial.

The district court erred, however, in cal-
culating its award of costs. While Tropica-
na's motion to retax costs was timely, the
district court incorrectly included $63 in
costs relating to the enlargement of Tropi-
cana's photographs. Nevada Local Rule
54–7 limits the cost of photographs to
those that are 8″ × 10″ in size or less.

---

* This panel unanimously finds this case suit-
able for decision without oral argument. See
Fed. R.App. P. 34(a)(2).

Tropicana's photographs were 8″ × 11″. Accordingly, the Record of Judgment is hereby ordered corrected and Tropicana's award of costs is reduced from its original figure of $6,156.59 to $6,093.59.

The parties will bear their own costs on appeal.

AFFIRMED IN PART, REVERSED IN PART.

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.